# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JUSTIN M. ANEST,<br><br>*Plaintiff*<br>v.<br>OFFICER CHAMBERLAIN, OFFICER JONES, OFFICER CONWAY, DETECTIVE MIKE RICKETTS, DETECTIVE ANDY STOCKMAN, PROSECUTOR LAWRENCE HASKEL and GAYLE ERVIN,<br>*Defendant* | ) <br> ) <br> ) Civil Action No. 2:17-CV-0088-SMJ <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This action is dismissed without prejudice.


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. _____ on a motion for voluntary dismissal.


Date: June 27, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas